UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

GEORGE MOUSA MUFARREH,
an individual,

        Plaintiff,

vs.

TBF FINANCIAL, LLC,
an Illinois limited liability company,
CANNON LAW ASSOCIATES,
a Utah Professional limited liability company,
KABBAGE, INC., a foreign corporation, and,
CELTIC BANK CORPORATION,
a Utah corporation,

        Defendants.

Case No.: 2:17-cv-10756-MOB-SDD
Hon.: Marianne O. Battani
Magistrate: Stephanie Dawkins Davis

_____/

THE RUBINSTEIN LAW FIRM
By:  Jan Jeffrey Rubinstein (P57937)
Attorneys for Plaintiff
30150 Telegraph Rd., Ste. 444
Bingham Farms, Michigan 48025
(248) 220-1415
jjrubinstein@yahoo.com

_____/

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE

Plaintiff George Mousa Mufassah ("Plaintiff"), appearing by and through his counsel, The Rubinstein Law Firm, hereby voluntarily dismisses this action with prejudice and without costs or attorney fees to any party pursuant to FRCP 41(a)(1). No Answer or Motion for Summary Judgment has been filed by any of the defendants in this action.

Respectfully Submitted,

THE RUBINSTEIN LAW FIRM

By: _____
Jan Jeffrey Rubinstein (P57937)
Attorneys for Plaintiff
30150 Telegraph Rd., Ste. 444
Bingham Farms, Michigan 48025
(248) 220-1415
jjrubinstein@yahoo.com

Dated: March 17, 2017